UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 2 7 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
Plaintiff, )
) 3-13-71441-JSC
vs )
) **ORDER RE: CJA APPOINTMENT**
Bao Ngo ) **OF AND AUTHORITY TO PAY**
) **COURT APPOINTED COUNSEL**
Defendant. )
)

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the defendant is indigent, therefore;

IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the above defendant.

Warrington Parker III
405 Howard St.
San Francisco, CA 94105-2669
(415) 773-5700

_____
Appointing Judge

2-27-14
Date of Order

February 18, 2014
Nunc Pro Tunc Date

United States District Court
Northern District of California