1  WARRINGTON PARKER (SBN 148003)
   wparker@orrick.com
2  JAZMIN HOLMES (SBN 295312)
   jholmes@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:  +1 415 773 5700
   Facsimile:  +1 415 773 5759
6
   Attorneys for Defendant
7  Bao Ngo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. 15-CR00127-014 WHO |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE PROBATION REVOCATION HEARING** |
| v. | |
| Bao Ngo, | Date: March 7, 2019 |
| Defendant. | Time: 1:30 p.m. |
|  | Judge: Honorable William H. Orrick |

The above-captioned matter is currently scheduled for a probation revocation hearing on March 7, 2019, at 1:30 p.m. The main issue that is the subject of the probation revocation is whether Defendant Ngo committed a state criminal offense. Mr. Ngo has now made an initial appearance in connection with that state criminal offense in the County of Santa Clara.

//

All parties acknowledge that the outcome of the state criminal charges will, in all likelihood, be determinative of the veracity of the allegation that Mr. Ngo violated probation by committing a state crime. The parties agree that the most efficient course, therefore, is to continue the hearing on the charged probation revocation. As a result, the parties hereby stipulate that Mr. Ngo's probation revocation hearing be rescheduled to May 30, 2019, at 1:30 p.m. The

parties ask this Court to enter an order consistent with this stipulation.

Dated: February 28, 2019

WARRINGTON PARKER
JAZMIN HOLMES
Orrick, Herrington & Sutcliffe LLP

By: /s/ *Jazmin Holmes*
JAZMIN HOLMES
Attorneys for Defendant
Bao Ngo

Dated: February 28, 2019

KEVIN J. BARRY
Assistant United States Attorney

By: /s/ *Kevin J. Barry*
KEVIN J. BARRY
Attorney for United States of America

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 4, 2019

By: _____
Hon. William S. Orrick
United States District Judge