1 WARRINGTON PARKER (SBN 148003)
DEREK E. WETMORE (SBN 291600)
2 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
3 405 Howard Street
San Francisco, CA  94105-2669
4 Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
5
Attorneys for Defendant
6 Bao Ngo

7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,                    Case No. 15-CR00127-014 WHO

13              Plaintiff,                      **STIPULATION AND ORDER TO**
                                               **RESCHEDULE PROBATION**
14       v.                                     **REVOCATION HEARING**

15 BAO NGO,                                     DATE:     September 17, 2020
                                               TIME:     1:30 p.m.
16              Defendant.                      JUDGE:    Honorable William H. Orrick

17

18

19       The above-captioned matter is currently scheduled for a probation revocation hearing on

20 September 17, 2020, at 1:30 p.m.  The main issue that is the subject of the probation revocation is

21 whether Defendant Ngo committed a state criminal offense.  Mr. Ngo's trial in connection with

22 that alleged state criminal offense in the County of Santa Clara has again been rescheduled.  It is

23 currently scheduled to begin on November 2, 2020.

24       All parties acknowledge that the outcome of the state criminal charges will, in all

25 likelihood, have a significant impact on the allegation that Mr. Ngo violated probation by

26 committing a state crime.  The parties agree that the most efficient course, therefore, is to

27 continue the hearing on the charged probation revocation.  As a result, the parties hereby stipulate

28
                                               STIPULATION AND [PROPOSED] ORDER
                                               TO RESCHEDULE PROBATION
                                               REVOCATION HEARING
                                               15-CR00127-014 WHO

1  that Mr. Ngo's probation revocation hearing be rescheduled to November 19, 2020 at 1:30 p.m.

2  The parties ask this Court to enter an order consistent with this stipulation.

3  Dated: September 14, 2020                    WARRINGTON PARKER
                                               DEREK E. WETMORE
4                                              Orrick, Herrington & Sutcliffe LLP

5

6
                                         By:    /s/ Derek E. Wetmore
7                                                  Derek E. Wetmore
                                               Attorneys for Defendant
8                                                      Bao Ngo

9

10  Dated: September 14, 2020                    KEVIN J. BARRY
                                           Assistant United States Attorney
11

12

13                                       By:    /s/ Kevin J. Barry
                                                 KEVIN J. BARRY
14                                       Attorney for United States of America

15

16

17                                  **ORDER**

18          PURSUANT TO STIPUATION, IT IS SO ORDERED.

19

20  Dated:  September 17, 2021

21

22                                       By:    _____
                                                 Hon. William H. Orrick
23                                             United States District Judge

24

25

26

27

28
                                                   STIPULATION AND [PROPOSED] ORDER
                                                      TO RESCHEDULE PROBATION
                          - 2 -                          REVOCATION HEARING
                                                          15-CR00127-014 WHO